ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
　　　Social Security Administration
　　　333 Market St., Suite 1500
　　　San Francisco, CA 94105
　　　Telephone: (415) 977-8939
　　　Facsimile: (415) 744-0134
　　　Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JACK SHEPHERD,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant.<br>_____ | No. EDCV 09-1752-AN<br><br>**[PROPOSED]**<br>**JUDGMENT** |

The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

DATED: April 26, 2011

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　HON. ARTHUR NAKAZATO
　　　　　　　　　　　　　United States Magistrate Judge